of Appeal as required by Section 11 of Art. 7 of the Constitution and R.S. 13:-4450.

149 So.2d 766

David C. SMITH

v.

H. H. HENRY et al.

No. 46581.

Feb. 8, 1963.

Application not considered. The application has not been filed within thirty days after a rehearing was denied by the Court of Appeal, as required by Sec. 11 of Art. 7 of the Constitution and R.S. 13:4450.

149 So.2d 766

CATTLE FARMS, INC. et al.

v.

James S. ABERCROMBIE et al.

No. 46537.

Feb. 8, 1963.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

149 So.2d 767

Robert J. CHAUVIN

v.

Wilson P. LeBLANC.

No. 46543.

Feb. 18, 1963.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

149 So.2d 767

Joseph MALONE

v.

PLAISANCE WHOLESALE GROCERY et al.

No. 46544.

Feb. 18, 1963.